JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abigail Diaz,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Porkey's Pizza Corp., etc.,<br><br>　　　　Defendant(s).<br>_____ | SACV 17-00982 JVS (KESx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: August 17, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　United States District Judge